WR-31,454-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/13/2015 10:16:44 AM
Accepted 7/13/2015 11:38:16 AM
ABEL ACOSTA
CLERK

FILED IN
COURT OF CRIMINAL APPEALS

July 13, 2015

ABEL ACOSTA, CLERK

**SHAREN WILSON**

.Criminal District Attorney

Tarrant County

July 13, 2015

Hon. Abel Acosta, Clerk
Texas Court of Criminal Appeals

Re:  *Ex parte Rodney Elnesto Smiley*, Nos. WR-31,454-03; C-213-010293-1011284-B.

Dear Hon. Acosta:

On April 29, 2015, this Court invited Tarrant County ("the State") to brief two issues in the above case.  The brief, if filed, was ordered due by June 29, 2015.

On June 29, 2015, the State requested a two week extension for which to file a brief.  The State's brief is currently due today, July 13, 2015.

After the State requested the extension, and indicated its desire to file a State's brief, the Texas Department of Criminal Justice ("TDCJ") filed a brief.  TDCJ's brief sufficiently addresses the Court's questions and the State has nothing to add.  Therefore, the State will be filing

nothing further unless directed by the Court.

Based on everything already filed, the State prays that this Court dismiss the application of Rodney Elnesto Smiley as moot or, in the alternative, deny him relief.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

/s/ Andréa Jacobs

DEBRA WINDSOR, Assistant
Criminal District Attorney
Chief, Post-Conviction

ANDRÉA JACOBS, Assistant
Criminal District Attorney
State Bar No. 24037596
401 W. Belknap Street
Fort Worth, Texas 76196-0201
(817) 884-1687
FAX (817) 884-1672
coaappellatealerts@tarrantcounty.com

CERTIFICATE OF SERVICE

A true copy of the State's letter has been sent, via electronic mail, to Smiley's attorney, Hon. Kenneth Nash, at Ken.Nash@tdcj.texas.gov and TDCJ's attorney, Hon. Joseph Corcoran, at Joseph.Corcoran@TexasAttorneyGeneral.gov on this 13th day of July 2015.

/s/ Andréa Jacobs
ANDRÉA JACOBS